UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | CV 13-6030-ODW (AS) | Date | May 31, 2016 |
|---|---|---|---|
| Title | *Oliver B. Mitchell III v. Secretary, United States Department of Veteran's Affairs, et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | Not reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**   **Order to Show Cause Re: Lack of Prosecution**

    On December 22, 2014, Plaintiff Oliver B. Mitchell III ("Plaintiff") filed a *pro se* Second Amended Complaint ("SAC") asserting a claim for violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e et. Seq., against the Secretary of the United States Department of Veteran's Affairs. (Docket No. 40). On March 23, 2015, Defendant filed a motion to dismiss the SAC for failure to state a claim, or in the alternative, for a more definite statement. (Docket No. 47). On November 24, 2015, the Court issued an Order dismissing the SAC with leave to amend. (Docket No. 54). The Court's Order set forth the deficiencies with Plaintiff's SAC and directed Plaintiff to file a Third Amended Complaint no later than thirty (30) days from the Court's Order or December 28, 2016. Id. at 10. On December 28, 2015, Plaintiff filed a Notice and Request for an Extension of Time, seeking an extension of time, "to and including January 25, 2016, within which to file a 'Third Amended Complaint' and respond to the Court's Memorandum and Order dismissing the Second Amended Complaint (SAC) with leave to amend." (Docket No. 55). On January 4, 2016, the Court issued an Order granting Plaintiff's request and ordering Plaintiff to file a Third Amended Complaint by January 25, 2016. (Docket No. 57).

    On April 14, 2016, the case was assigned to this Court and a Notice of Assignment was mailed to Plaintiff at the address listed on the Complaint. (Docket Entry No. 58).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 13-6030-ODW (AS) | Date | May 31, 2016 |
|---|---|---|---|
| Title | *Oliver B. Mitchell III v. Secretary, United States Department of Veteran's Affairs, et al.* | | |

On September 24, 2015, the Court dismissed Plaintiff's Complaint with leave to amend. (Docket Entry No. 6). The deadline for Plaintiff to file a First Amended Complaint was October 24, 2015. (See id. at 11).

To date, Plaintiff has failed to file a Third Amended Complaint or communicate with the Court in any way. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **Monday, June 20, 2016**, why this action should not be dismissed with prejudice for failure to prosecute and failure to obey a court order. This Order will be discharged upon the filing of a Third Amended Complaint that cures the deficiencies in the last pleading, or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a Third Amended Complaint.

**If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). A notice of dismissal form is attached for Plaintiff's convenience. Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed <u>with prejudice</u> under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.**

**cc: Otis D. Wright**
   **United States District Judge**

|  | 0 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | AF |