UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV13-06030-ODW (AS) | Date | June 30, 2016 |
|---|---|---|---|
| Title | Oliver B Mitchell v. United States Department of Veterans Affairs et al | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| N/A | | N/A |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

On May 31, 2016, the Court issued an Order to Show Cause (Docket Entry No. 60) and ordered plaintiff to respond to later than June 20, 2016, why this action should not be dismissed with prejudice for failure to prosecute and failure to obey a Court order. On June 7, 2016 the Court ordered that plaintiff notify the Court of his current address (Docket Entry No. 62). On June 23, 2016, plaintiff filed a Notice of Change of Address (Docket Entry No. 64).

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, within fourteen (14) days of the date of this Order, why this action should not be dismissed with prejudice for failure to prosecute and failure to obey a court order. This Order will be discharged upon the filing of a Third Amended Complaint that cures the deficiencies in the last pleading, or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a Third Amended Complaint. A copy of the May 31, 2016 minute order is attached.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | AF |