**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| OLIVER B. MITCHELL III, | ) | NO. CV 13-06030-ODW (AS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, et. al., | ) | |
| Defendant. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: October 13, 2017

                                                         _____
                                                         OTIS D. WRIGHT II
                                                         UNITED STATES DISTRICT JUDGE